AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    K&L GATES LLP, c/o CORPORATION SERVICE COMPANY

was received by me on *(date)*    APRIL 13, 2026             .

❏ I personally served the summons on the individual at *(place)* _____

_____    on *(date)* _____    ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Samuel Adgie, Clerk _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*  K&L GATES, LLP c/o CORPORATION

SERVICE COMPANY 5235 N. FRONT ST. HARRISBURG, PA. 17110n *(date)* APRIL 14, 2026 9:35 a.m.; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00      .

I declare under penalty of perjury that this information is true.

Date:    APRIL 14, 2026 _____

*Server's signature*

MICHAEL A. DIPALO, L.P.I. _____
*Printed name and title*

SERVING SOLUTIONS
4816 Dearborn St.
Pittsburgh, PA. 15224

*Server's address*

Additional information regarding attempted service, etc: